**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| KEERUT SINGH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02896-JNW<br><br>PROOF OF SERVICE |

Proof of service attached.

*s/Keerut Singh*
Keerut Singh
10121 Evergreen Way
Suite 25-459
Everett, WA 98204
keithsingh1@outlook.com



Keerut Singh
10121 Evergreen Way
Suite 25-459
Everett, WA 98204
keithsingh1@outlook.com

This message is in regard to:
Our Job Number: 2026000048
Your Reference Number:
Party To Be Served: Office of the Attorney General, U.S. Dep
Case Info: Case Number: 2:26-cv-02896-GJL County: Western State: Washington Court: Western District
Caption: KEERUT SINGH vs. UNITED STATES OF AMERICA,

Documents: Summons and Complaint with attached Exhibits A and B.

Comments regarding this job:

09/04/2026 2:53 pm Mailed one copy priority mail, certified with return receipt to the Office of the Attorney General, U.S. Department of Justice at 950 Pennsylvania Avenue NW, Washington DC, 20530.
Certified Mail: 9589071052700448044458


**Michelle Joy Thayer**
*Owner & Founder I Notary Public I Process Server*



**Michelle's Mobile Notary and Process Server, LLC**
Toll-Free: (888) 400-2199
Direct/Text: (425) 400-3299
Fax: (425) 400-3292
michelle@mnotaryandprocessserver.com

Tracking Number:

**9589071052700448044458**

Copy Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:31 am on September 11, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
September 11, 2026 4:31 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less